IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK SCOTT,

    Plaintiff,

 v.

SERGEANT E. MEJIA, et al.,

    Defendants.
                                          /

No. C 11-5397 SBA (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. The acts complained of occurred at Folsom State Prison, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: 12/12/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.11\Scott5397.Trans.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PATRICK SCOTT,

        Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY OFFICE et al,

        Defendant.

Case Number: CV11-05397 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Scott H-37610
Folsom State Prison
300 Prison Road
P.O. Box 950
Vacaville, CA 95671

Dated: December 13, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk